UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELVIN MASON,
                         Plaintiff,

-vs-                                                    Case No. 1:07-cv-00601-KS

WILLIAM E. CASSADY, et al.,
                         Defendants.

---

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| MOTION: | WILCOX COUNTY SHERIFF, PRINCE ARNOLD'S MOTION TO STRIKE (Doc. No. 41) |
|---|---|
| FILED: | February 12, 2008 |

THEREON it is RECOMMENDED that the MOTION be GRANTED.

I.      BACKGROUND

On August 27, 2007, Plaintiff Melvin Mason ("Mason") instituted this action by filing a Complaint ("Complaint") against multiple Defendants, including Prince Arnold ("Arnold") in his official capacity as Sheriff of Wilcox County and Sangernetta Mason ("Sangernetta Mason"). Doc. No. 1. Mason's Complaint alleges that on April 27, 2007, Sangernetta Mason filed a false report with the Wilcox County Sheriff's Department (herein "Sheriff's Department"). Doc. No. 1 at 2. The Complaint alleges that Sangernette Mason is incompetent. *Id.* Mason maintains that the "investigator" removed a hunting rifle from his home, and the hunting rifle has not been returned to him. *Id.* Count