UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELVIN MASON,
                Plaintiff,

-vs-                                               Case No. 1:07-cv-00601-KS

WILLIAM E. CASSADY, et al.,
                Defendants.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | PLAINTIFF'S MOTION FOR CLARIFICATION (Doc. No. 57) |
| FILED: | May 27, 2008 |
| THEREON it is RECOMMENDED that the MOTION be GRANTED. | |

[handwritten: So ordered this _ day of July / KENDALL SHARP / S. DISTRICT JUDGE]

On August 27, 2007, Plaintiff Melvin Mason ("Mason") instituted this action by filing a Complaint ("Complaint") against multiple Defendants. Doc. No. 1. On February 12, 2008, Defendant Prince Arnold filed a motion to strike against Mason. Doc. No. 41. The presiding judge, Honorable G. Kendall Sharp, referred the motion to the undersigned for a report and recommendation. Following the undersigned's report and recommendation, Mason filed the present Motion for Clarification ("Motion") inquiring "who, what, when, and how did this individual [the undersigned] gain any authority to sign Orders when the only Judge of record is Judge G. Kendall Sharp." Doc. No. 57.